**BARBER AND SONS AGGREGATES, Respondent,**

v.

**SEVEN REDI–MIX, Appellant.**

**No. WD 61244.**

Missouri Court of Appeals, Western District.

June 10, 2003.

Joseph R. Borich, III, Overland Park, KS, for Appellant.

William N. Carnes, Independence, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Appellant, Seven Redi–Mix appeals from a judgment rendered against it in a court tried case. The respondent had filed an action on account for crushed rock supplied to the appellant. Appellant raised two points on appeal: (1) that service was improper, but it failed to include a transcript on the motion to dismiss; and (2) that the evidence supporting the judgment was against the weight of the evidence, after ignoring the testimonial evidence of the respondent. Affirmed. Rule 84.16(b).